No. 6974.—Sucn. Belaval, aplda. *v.* Colón, etc., apltes.—C. D. San Juan. ▮▮▮▮▮ Marzo 6, 1935.

No habiendo el apelante-demandado en el pleito de desahucio presentado la fianza que exige la ley sobre la materia, se declara con lugar la moción de la parte apelada y en su consecuencia se desestima la apelación establecida en este caso contra sentencia dictada por la Corte de Distrito de San Juan en febrero 5, 1935.